**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jorge Cabecera RODRIGUEZ, also
known as Jorge Cebecera, also known
as Jorge Paul Cabecera, also known
as Jorge P. Cabecera, Defendant–Appellant.**

No. 11–20881.

United States Court of Appeals,
Fifth Circuit.

Nov. 29, 2012.

James Lee Turner, Renata Ann Gowie, Asst. U.S. Attys., Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Fed. Pub. Def., Houston, TX, for Defendant–Appellant.

(Opinion Oct. 3, 2012, 5th Cir., 2012, 698 F.3d 220)

Before STEWART, Chief Judge, and KING, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES and HIGGINSON, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

It is ordered that this cause shall be reheard by the court en banc without oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of supplemental briefs.